1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
3  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
4  E-Mail:  ltfisher@bursor.com

5  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
6  888 7th Avenue
   New York, New York 10019
7  Telephone: (646) 837-7150
   Facsimile:  (212) 989-9163
8  E-Mail: scott@bursor.com

9
10 *Attorneys for Plaintiffs*

11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| ANTHONY WILLIAMS, TYOKA BRUMFIELD, and WENDY BURNETT, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br>     v.<br><br>FACEBOOK, INC.,<br><br>                     Defendant.<br><br>**THIS MATTER RELATES TO THE FOLLOWING CASES:**<br><br>*Lisa Renken, et al. v. Facebook, Inc.*, **Case No. 5:18-cv-01896 (N.D. Cal.)** | Case No.  3:18-cv-01881 MEJ<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; MEMORANDUM OF POINTS AND AUTHORITIES; SUPPORTING DECLARATION OF L. TIMOTHY FISHER**<br><br>**Hearing Date:**   N/A<br>**Time:**           N/A<br>**Dept.:**          N/A<br>**Judge:**          Hon. Maria-Elena James<br><br>**Complaint Filed:** March 27, 2018 |

**NOTICE OF ADMINISTRATIVE MOTION TO RELATE CASES**

TO:   THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rules 3-12(b) and 7-11, before the Honorable Maria-Elena James, Magistrate Judge of the United States District Court for the Northern District of California, San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs Anthony Williams, Tyoka Brumfield, and Wendy Burnett and their counsel hereby move the Court to consider whether the action entitled *Lisa Renken and Sean Mannion v. Facebook Inc.*, Case No. 5:18-cv-01896 (the "*Renken*" Action), filed March 27, 2018, is related to the above-entitled lower-numbered action (the "*Williams*" Action).

**MEMORANDUM OF POINTS AND AUTHORITIES**

Under L.R. 3-12(a)(1) and (2), the *Renken* Action should be related to the low-numbered *Williams* Action because (1) the actions concern substantially the same parties, property, transactions, and events; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

As set forth in the accompanying Declaration of L. Timothy Fisher, the *Williams* Action and the *Renken* Action arise from the same or a closely related transaction, happening, or event as they both arise out of Defendant's surreptitious "scraping" of Android cell phone users' data via Defendant's Facebook Messenger and Facebook Lite applications.  Both actions name Facebook, Inc. as a defendant.  Both actions call for determination of the same or substantially similar questions of law and fact in terms of potential liability and the scope of Defendant's practice of scraping users' call log and text message data.  As a result, both would entail substantial duplication of labor if heard by different judges.  Related case transfer would therefore serve the interests of judicial economy and advance the interests of justice.  *See* L.R. 3-12(a)(1) and (2).

For the above reasons, Plaintiffs believe that the *Renken* action should be transferred to this Court as a related case to the *Williams* action.

| | |
|---|---|
| DATED:  March 28, 2018 | **BURSOR & FISHER, P.A.** |
| | By:     /s/ L. Timothy Fisher |
| | L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail:  ltfisher@bursor.com |
| | **BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>888 7th Avenue<br>New York, New York 10019<br>Telephone: (646) 837-7150<br>Facsimile:  (212) 989-9163<br>E-Mail: scott@bursor.com |
| | *Attorneys for Plaintiffs* |

DECLARATION OF L. TIMOTHY FISHER

I, L. Timothy Fisher, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner of the law firm of Bursor & Fisher, P.A, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth below.

2. The *Williams* Action, Case No. 3:18-cv-01881-MEJ, was filed on March 28, 2018, naming Facebook, Inc. as the Defendant. The action seeks relief on behalf of a class of all persons who registered for Facebook accounts in the United States and whose personal communication information was obtained from Facebook via cell phone applications, and brings claims under state consumer protection statutes, including California and New York.

3. The *Renken* Action, Case No. 5:18-cv-01896, was filed on March 28, 2018, naming Facebook, Inc. as the Defendant. That action also seeks relief on behalf of a class of all persons who registered for Facebook accounts in the United States and whose personal communication information was obtained from Facebook via cell phone applications, and also brings claims under California consumer protection statutes.

4. As a result, the two actions are based on the same set of common facts, name similar defendants, and assert similar claims. Under L.R. 3-12, under these circumstances I believe the *Renken* Action should be related to this action, as both actions will likely be the subject of a later motion for consolidation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of March, 2018 at Walnut Creek, California.

                */s/ L. Timothy Fisher*
                L. TIMOTHY FISHER