UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILLIAMS, ET AL.,<br><br>      Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>      Defendant. | Case No. 18-cv-01881-MEJ<br><br>**ORDER RE: MOTION TO RELATE**<br><br>Re: Dkt. No. 7 |

On March 28, 2018, Plaintiffs filed a Motion to Relate the above-captioned action to *Renken v. Facebook, Inc.*, Case No. 18-cv-1896-BLF (N.D. Cal.). Mot., Dkt. No. 7. As of the date of this Order, Plaintiffs have not filed a proof of service showing they served a copy of the Motion on the parties to the *Williams* or *Renken* actions. Civ. L.R. 3-12(b) ("[A] copy of the motion [to relate], together with proof of service pursuant to Civil L.R. 5-5, must be served on all known parties to each apparently related action."). Plaintiffs shall immediately file a proof of service showing they have served all *Williams* and *Renken* parties with their Motion.

**IT IS SO ORDERED.**

Dated: March 29, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge