UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILLIAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No. 18-cv-01881-RS<br>Related Cases: 18-cv-1896-RS<br>　　　　　　　　　18-cv-2128-RS<br><br>**ORDER REGARDING SELECTION OF INTERIM LEAD COUNSEL** |

The hearing on the motion by the *Williams* plaintiffs to appoint Bursor & Fisher, P.A. as interim class counsel (ECF 17) currently set for May 17, 2018 is continued to **June 13, 2018 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Any plaintiffs who wish to file motions seeking the appointment of interim class counsel other than Bursor & Fisher must do so in their respective cases no later than May 10, 2018.

**IT IS SO ORDERED**.

Dated: April 26, 2018

_____
RICHARD SEEBORG
United States District Judge