Hassan A. Zavareei (California Bar No. 181547)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW Suite 1000
Washington, D.C 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email hzavareei@tzlegal.com

Kristen L. Sagafi (California Bar No. 222249)
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (510) 210-0571
Email: ksagafi@tzlegal.com

Jonathan M. Jagher (*Pro Hac Vice* to be filed)
Jeffrey L. Kodroff (*Pro Hac Vice* to be filed)
John A. Macoretta (*Pro Hac Vice* to be filed)
Diana J. Zinser (*Pro Hac Vice* to be filed)
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19312
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: JJagher@srkattorneys.com
Email: JKodroff@srkattorneys.com
Email: JMacoretta@srkattorneys.com
Email: DZinser@srkattorneys.com

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILLIAMS, TYOKA BRUMFIELD, AND WENDY BURNETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant.<br><br>THIS MATTER RELATES TO THE FOLLOWING CASES:<br>-*Lisa Renken, et al. v. Facebook, Inc.*, Case No. 5:18-cv-01896 (N.D. Cal.)<br>-*Leland Tracy v. Facebook, Inc.*, Case No. 3:18-cv-02128 (N.D. Cal.)<br>-*John Condelles III v. Facebook, Inc.*, Case No. 3:18-cv-2727 (N.D. Cal.) | Case No. 3:18-cv-01881 MEJ<br><br>**CLASS ACTION**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF HASSAN A. ZAVAREEI**<br><br>Hearing Date: N/A<br>Time: N/A<br>Dept.: N/A<br>Judge: Hon. Richard Seeborg |

**NOTICE OF ADMINISTRATIVE MOTION TO RELATE CASES**

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rules 3-12(b) and 7-11, John Condelles III, Plaintiff in the proposed related action, by and through his counsel hereby moves the Court to consider whether the action entitled *John Condelles III v. Facebook, Inc.*, Case No. 3:18-cv-2727-SK (N.D. Cal.) (the "Condelles Action"), is related to the above-entitled lower-numbered action (the "Williams Action").

**MEMORANDUM OF POINTS AND AUTHORITIES**

Under L.R. 3-12(a)(1) and (2), the Condelles Action should be related to the Williams Action because (1) the actions concern substantially the same parties, property, transactions, and events; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. As set forth in the accompanying Declaration of Kristen L. Sagafi, the Williams Action and the Condelles Action arise from the same or a closely related transaction, happening, or event as they both arise out of Defendant's surreptitious "scraping" of Android cell phone users' data via Defendant's Facebook Messenger and Facebook Lite applications. Both actions name Facebook, Inc. as a defendant. Both actions call for determination of the same or substantially similar questions of law and fact in terms of potential liability and the scope of Defendant's practice of scraping users' call log and text message data. As a result, both would entail substantial duplication of labor if heard by different judges. Related case transfer would therefore serve the interests of judicial economy and advance the interests of justice. *See* L.R. 3-12(a)(1) and (2). For the above reasons, Plaintiff in the Condelles Action believes that the Condelles action should be transferred to this Court as a related case to the Williams action.

| | |
|---|---|
| Dated:  May 10, 2018 | Respectfully submitted, |
| | /s/ Hassan A. Zavareei |
| | Hassan A. Zavareei (California Bar No. 181547)<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street, NW- Suite 1000<br>Washington, D.C 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>Email hzavareei@tzlegal.com |
| | Kristen L. Sagafi (California Bar No. 222249)<br>**TYCKO & ZAVAREEI LLP**<br>483 Ninth Street, Suite 200<br>Oakland, CA 94607<br>Telephone: (510) 254-6808<br>Facsimile: (510) 210-0571<br>Email: ksagafi@tzlegal.com |
| | Jonathan M. Jagher (*Pro Hac Vice* to be filed)<br>Jeffrey L. Kodroff (*Pro Hac Vice* to be filed)<br>John A. Macoretta (*Pro Hac Vice* to be filed)<br>Diana J. Zinser (*Pro Hac Vice* to be filed)<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19312<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>Email: JJagher@srkattorneys.com<br>Email: JKodroff@srkattorneys.com<br>Email: JMacoretta@srkattorneys.com<br>Email: DZinser@srkattorneys.com |
| | *Counsel for John Condelles, III* |

**DECLARATION OF KRISTEN L. SAGAFI**

I, Kristen L. Sagafi, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner of the law firm of Tycko & Zavareei LLP, counsel for Plaintiff in *John Condelles III v. Facebook, Inc.*, Case No. 3:18-cv-2727-SK (N.D. Cal.). I have personal knowledge of the facts set forth below.

2. The Williams Action, Case No. 3:18-cv-01881-MEJ, was filed on March 28, 2018, naming Facebook, Inc. as the Defendant. The action seeks relief on behalf of a class of all persons who registered for Facebook accounts in the United States and whose personal communication information was obtained from Facebook via cell phone applications, and brings claims under state consumer protection statutes, including California and New York.

3. The Condelles Action, Case No. 3:18-cv-2727-SK, was filed on May 9, 2018, naming Facebook, Inc. as the Defendant. That action also seeks relief on behalf of a class of all persons who registered for Facebook accounts in the United States and whose personal communication information was obtained from Facebook via cell phone applications, and also brings claims under California consumer protection statutes.

4. As a result, the two actions are based on the same set of common facts, name similar defendants, and assert similar claims. Under L.R. 3-12 and these circumstances I believe the Condelles Action should be related to this action, as both actions will likely be the subject of a later motion for consolidation.

5. Although counsel for Facebook has not made an appearance in this case, I reached out to counsel, Elizabeth Deeley, who has entered an appearance for the Defendant in the Williams action today to seek a stipulation and have not yet received a response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of May, 2018 at Oakland, California.

/s/ *Kristen L. Sagafi*
Kristen L. Sagafi (California Bar No. 222249)