UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE STERNEMANN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 18-cv-02677-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *William, et al. v. Facebook, Inc.*, Case No. 18-cv-01881-RS.

**IT IS SO ORDERED**.

Dated: May 21, 2018

_____
SALLIE KIM
United States Magistrate Judge