1  LATHAM & WATKINS LLP
   Elizabeth L. Deeley (Bar No. 230798)
2    *elizabeth.deeley@lw.com*
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
4  Facsimile: +1.415.395.8095

5

6  Attorney for Defendant *Facebook, Inc.*

   *Additional Counsel on Signature Page*
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  ANTHONY WILLIAMS, TYOKA BRUMFIELD, and WENDY BURNETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.: 3:18-cv-01881-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Class Action<br><br>Hon: Richard Seeborg |
| LELAND TRACY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:18-cv-02128-RS |
| LISA RENKEN and SEAN MANNION, individually and on behalf of all others similarly situated,<br><br>Plaintiffs, | Case No. 3:18-cv-01896-RS |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. TO EXTEND TIME TO RESPOND
CASE NOS. 18-CV-01881 RS, 18-CV-02128-RS,
18-CV-01896-RS, 18-CV-02727-RS, 18-CV-02677-RS.

| | |
|---|---|
| v. <br><br> FACEBOOK, INC., <br><br> Defendant. | |
| JOHN CONDELLES III, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 3:18-cv-02727-RS |
| NICOLE STERNEMANN and PHYLLIS STERNEMANN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 3:18-cv-02677-RS |

**WHEREAS**, *Williams, et. al. v. Facebook, Inc.*, No. 18-cv-01881-RS was filed on March 27, 2018 and the Court issued orders designating the *Renken v. Facebook, Inc.*, No. 3:18-cv-01896; *Tracy v. Facebook, Inc.*, No. 3:18-cv-02128; *Sternemann v. Facebook, Inc.*, No. 3:18-cv-02677 and *Condelles III v. Facebook, Inc.*, No. 3:18-cv-02727 as related;

**WHEREAS**, the Court set an Initial Case Management Conference for each of these related cases for June 28, 2018 at 10:00 a.m.;

**WHEREAS**, on April 18, 2018, Defendant Facebook, Inc. filed "Joint Stipulation to Extend Time to Respond to the Complaint," in the *Williams, Tracy* and *Renken* cases setting the deadline to respond to the complaint as June 15, 2018;

**WHEREAS**, on March 29, 2018, Plaintiff in the *Williams* case filed a Notice of Motion and Motion for Appointment of Interim Class Counsel;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. TO EXTEND TIME TO RESPOND
CASE NOS. 18-CV-01881 RS, 18-CV-02128-RS,
18-CV-01896-RS, 18-CV-02727-RS, 18-CV-02677-RS.

**WHEREAS,** on April 27, 2018, Plaintiffs in the *Tracy* case filed an unopposed Motion for Consolidation Pursuant to Federal Rule of Procedure 42(a)(2);

**WHEREAS,** on April 30, 2018, the Court consolidated the hearing on the Motion for Appointment of Interim Class Counsel and the Motion to Consolidate to June 13, 2018;

**WHEREAS,** on May 10, 2018, Plaintiffs in the *Condelles* and *Tracy* cases filed separate Notices of Motion and Motions for Appointment of Interim Class Counsel;

**WHEREAS,** counsel in the *Williams* and *Tracy* cases have indicated an intention to file an amended complaint;

**WHEREAS,** to avoid unnecessary expenditure of resources and effort responding to complaints in these cases where plaintiffs' counsel have indicated an intention to amend the complaints and which are subject to consolidation and leadership motions, the Parties have agreed to extend the time for Defendant to respond to the Complaints until sixty (60) days following the service of an amended complaint; and

**WHEREAS,** to avoid unnecessary expenditure of resources and effort meeting and conferring on ADR and case management conference issues in each of the cases, which under the current schedule, would have to occur before the pending consolidation and leadership motions have been heard, the Parties have conferred and agreed that it would serve the interest of judicial efficiency and save time and resources to continue the Case Management Conferences and related deadlines until a time following Defendants' response to an amended complaint.

It is therefore **STIPULATED** and **AGREED**, subject to Court approval, that:

1. Defendant shall file and serve any answer or other response within sixty (60) days of the filing of an amended complaint;

2. The Parties respectfully request that the Court vacate the initial case management conference and related deadlines, as well as the Parties' ADR deadlines, pending resolution of the consolidation and leadership motions, and schedule the initial case management conference

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. TO EXTEND TIME TO RESPOND
CASE NOS. 18-CV-01881 RS, 18-CV-02128-RS,
18-CV-01896-RS, 18-CV-02727-RS, 18-CV-02677-RS.

ninety (90) days after the filing of a consolidated amended complaint pursuant to Local Rule 16-2(a).

DATED: June 7, 2018

           LATHAM & WATKINS LLP

           By:   /s/Elizabeth L. Deely
           Elizabeth L. Deeley (CA Bar No. 230798)
           505 Montgomery Street, Suite 2000
           San Francisco, CA 94111-6538
           Telephone: +1.415.391.0600
           Facsimile: +1.415.395.8095
           *elizabeth.deeley@lw.com*

           *Attorney for Defendant,* Facebook, Inc.

DATED: June 7, 2018

           BURSOR & FISHER, P.A.

           By:   /s/L. Timothy Fisher
           L. Timothy Fisher (CA Bar No. 191626)
           1990 North California Boulevard, Suite 940
           Walnut Creek, CA 94596
           Telephone: +1.925.300.4455
           Facsimile: +1.925.407.2700
           *ltfisher@bursor.com*

           *Attorney for Plaintiffs* Anthony Williams, Tyoka Brumfield and Wendy Burnett

DATED: June 7, 2018

           MORGAN & MORGAN COMPLEX LITIGATION GROUP

           By: /s/ Patrick A. Barthle
           Patrick A. Barthle II (*Pro Hac Vice* Forthcoming)
           201 N. Franklin Street, 7th Floor
           Tampa, Florida 33602
           Telephone: +1.813.223.5505
           Facsimile: +1.813.223.5402
           pbarthle@ForThePeople.com

           *Attorneys for Plaintiffs* Lisa Renken and Sean Mannion

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. TO EXTEND TIME TO RESPOND
CASE NOS. 18-CV-01881 RS, 18-CV-02128-RS,
18-CV-01896-RS, 18-CV-02727-RS, 18-CV-02677-RS.

| | | |
|---|---|---|
| 1 | DATED:  June 7, 2018 | |
| 2 | | THE HANNON LAW FIRM LLC |
| 3 | | By:  /s/ Kevin S. Hannon |
| 4 | | Kevin S. Hannon  (*Pro Hac Vice*)<br>The Hannon Law Firm, LLC |
| 5 | | 1641 Downing Street<br>Denver, CO 80218 |
| 6 | | Telephone: +1.303.861.8800<br>khannon@hannonlaw.com |
| 7 | | *Attorney for Plaintiff* Leland Tracy |
| 8 | | |
| 9 | DATED:  June 7, 2018 | GLANCY PRONGAY & MURRAY LLP |
| 10 | | By:  /s/ Brian Murry<br>Brian Murray (*Pro Hac Vice* Forthcoming) |
| 11 | | 230 Park Avenue, Suite 530<br>New York, NY 10169 |
| 12 | | Telephone: +1.212.682.5340<br>Facsimile: +1.212.884.0988 |
| 13 | | bmurray@glancylaw.com |
| 14 | | *Attorney for Plaintiffs* Nicole Sternemann and Phyllis Sterneman |
| 15 | | |
| 16 | DATED:  June 7, 2018 | SPECTOR ROSEMAN & KORDOFF P.C. |
| 17 | | By:  /s/ Diana J. Zinser<br>Diana J. Zinser (*Pro Hac Vice*) |
| 18 | | 1818 Market Street, Suite 2500<br>Philadelphia, PA 19312 |
| 19 | | Telephone: +1.215.496.0300<br>Facsimile: +1.215.496.6611 |
| 20 | | dzinser@srkattorneys.com |
| 21 | | *Attorney for Plaintiff* John Condelles III |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5   JOINT STIP. TO EXTEND TIME TO RESPOND
CASE NOS. 18-CV-01881 RS, 18-CV-02128-RS,
18-CV-01896-RS, 18-CV-02727-RS, 18-CV-02677-RS.

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4  DATED: 6/7/18
5                               Hon. Richard Seeborg
                             United States District Court Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT STIP. TO EXTEND TIME TO RESPOND
CASE NOS. 18-CV-01881 RS, 18-CV-02128-RS,
18-CV-01896-RS, 18-CV-02727-RS, 18-CV-02677-RS.