1
2
3
4
5

LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  *elizabeth.deeley@lw.com*
Nicole C. Valco (CA Bar No. 258506)
  *nicole.valco@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

6
7
8
9

Susan E. Engel (*pro hac vice*)
  *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

10

*Attorneys for Defendant Facebook, Inc.*

11

12    UNITED STATES DISTRICT COURT

13    NORTHERN DISTRICT OF CALIFORNIA

      SAN FRANCISCO DIVISION

14

15
16
17

LAWRENCE OLIN, HAROLD NYANJOM,
SHERON SMITH-JACKSON, and JANICE
VEGA-LATKER, individually and on behalf
of all others similarly situated,

18                              Plaintiffs,

19    v.

20    FACEBOOK, INC.,

21                              Defendant.

22

23

Case No. 3:18-cv-01881-RS

**DECLARATION OF LOUIS BOVAL IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Date: May 23, 2019
Time: 1:30 p.m.
Court: Courtroom 3, 17th Floor
Hon. Richard Seeborg

24

25    REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

26

27

28

I, Louis Boval, hereby declare as follows:

1.      I am a Software Engineering Manager at Facebook, Inc. ("Facebook") and have held this position since 2012.  I joined Facebook's Messenger Team in June 2014, and I have worked on the Android version of the Messenger application ("app") since then.

2.      I understand that the Plaintiffs in this litigation allege that the Facebook Messenger and Facebook Lite apps uploaded the Plaintiffs' call and text data, including whether each call and text was "Incoming," "Outgoing," or "Missed," the date and time of each call, the number dialed, the individual called, and the duration of each call.  They allege that Facebook collected this data without consent by exploiting a vulnerability in older versions of the Android operating system.  I submit this declaration in support of Facebook's response to the Plaintiffs' allegations.

3.      I have had personal involvement in the development of the software code for Facebook's Messenger for Android app, and in particular was involved in developing the code relating to the feature launched on May 21, 2015 that allows certain users of Messenger to upload their call and text history from their Android mobile devices.  As a software engineer experienced in developing apps for Android, I am also knowledgeable about the Android permission system.

I.      Overview

4.      Messenger is a free mobile device messaging app (software application) available for installation on mobile devices with Android, iOS, and Windows operating systems.  With Messenger, users can communicate with other people through text, voice or video calls, and messages, and share things, such as photos, videos, stickers and gifs.

5.      Starting on May 21, 2015, Facebook began to offer some new, first-time Messenger users in the United States with Android-operated mobile devices ("Android devices") the option to grant Facebook permission to upload information about their call and text histories in addition to contacts.  This new upload feature included the following information for all calls on the Android device:  telephone number; contact name (if available); whether the call was incoming, outgoing or missed; and call time and duration.  The new upload feature also included

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

1   the following information for all texts on the Android device:  telephone number; contact name

2   (if available); whether the text was sent or received; and the text time.  Call and text histories did

3   not include any content of the call or text.  Collectively, I refer to this information on the call and

4   text histories as "Call and Text Logs."  Facebook also offered this option to users in some

5   countries outside of the United States, but my declaration is focused on users in the United

6   States, which I understand is the focus of the lawsuit.

7        6.      As explained in more detail below, the Android operating system ("Android OS")

8   has its own set of permission requests seeking users' consent to access Call and Text Logs, but

9   since Facebook began providing users the option to upload their Call and Text Logs, Facebook

10   has had its own consent screen that it displays to users when they initially sign-in to use

11   Messenger on Android devices, informing them that they can choose to "TURN ON" upload of

12   their "call and text history," or can choose "NOT NOW."  The below screenshot is a true and

13   accurate representation of that consent screen:

14

15

16

17



18

19

20

21

22

23

24

25

26   Figure 1:  Facebook Consent Screen

27        7.      Facebook has displayed this Facebook Consent Screen to each Messenger user for

28   whom the Call and Text Logs uploading feature was available.  After receiving the Facebook

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

1    Consent Screen, Messenger users have the option to either (1) click "TURN ON" or (2) select

2    "NOT NOW."  They also have the option after having seen the Facebook Consent Screen to later

3    turned on this option in their Messenger app settings.  As described in more detail below, this is

4    written directly into the Messenger app software code.

5        8.    Facebook's records indicate that the Plaintiffs in this litigation turned on the

6    setting to upload their Call and Text Logs, and Facebook only uploaded their Call and Text Logs

7    after the Plaintiffs turned the setting on.  The Plaintiffs would have only had the option to turn

8    the setting on if they had been shown the Facebook Consent Screen first.

9        9.    I understand the Plaintiffs in this lawsuit allege that when they downloaded the

10   Messenger app, they saw an Android prompt asking them to "[a]llow" Facebook to "access"

11   their contacts, with the options to "[a]llow" or "[d]eny" this permission.  As I explain in more

12   detail below, if the Plaintiffs received an Android prompt providing the option to "allow" or

13   "deny" this permission, then it would have been impossible for the Plaintiffs to have had their

14   Call and Text Logs uploaded without also receiving Android prompts asking their permission for

15   the app to access their call logs and SMS ("short message service" or text messaging).

16       10.    I also understand that Plaintiffs Lawrence Olin, Harold Nyanjom, Sheron Smith-

17   Jackson, and Janice Vega-Latker allege that they downloaded the Facebook Lite app.  Facebook

18   maintains records of users who download its apps.  I have reviewed the records for these

19   Plaintiffs, and Facebook does not have any record of any of these Plaintiffs downloading the

20   Facebook Lite app or having their Call and Text Logs uploaded from the Facebook Lite app.

21   **II.    Facebook Gets User Consent Before Uploading Any Call And Text Logs**

22       11.    Starting on May 21, 2015 with Facebook's release of Messenger version 28,

23   Facebook provided new Messenger users (*i.e.*, users who had not previously installed and used

24   Messenger) in the United States a feature that gave them the option to upload their Call and Text

25   Logs, as described in Paragraph 5 of my declaration.  Beginning on December 17, 2015,

26   Facebook expanded access to existing Messenger users in the United States if they reinstalled

27   Messenger.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

12. ████████████████████████████████████

████████████████████████████████████████████

████████████████  This Facebook Consent Screen was also sometimes referred to internally at Facebook as a "NUX screen."  NUX is shorthand for "New User Experience."  When Facebook expanded this option to existing Messenger users on December 17, 2015, those users would see the Facebook Consent Screen when they signed in to Messenger after a reinstall.

13.  In order to provide Messenger users the option to have Call and Text Logs uploaded, Facebook had to make changes to the source code for the Messenger app.  I was involved in making these code changes to the Messenger app.

14.  At Facebook, code changes are recorded in what we call a "diff."  A diff is tool used by developers to review existing code and record changes to the code that affect the way a program works.  A diff will show side-by-side comparisons of lines of the prior code to lines of new code that replace or change the old code.  As a Facebook engineer, I routinely work with diffs and with Facebook and Messenger code, and I know how to read and interpret them both.

15.  Facebook's software code is proprietary and is highly confidential to Facebook.  For that reason, Facebook takes steps to keep it confidential.  We maintain the confidentiality of the development process for Facebook's source code, including information in and comments on diffs that record changes to the source code.  If this information were publicly released, it would allow Facebook's competitors to use Facebook's source code, including information about how the source code is developed and revised, for their own benefit, causing Facebook serious harm.

16. █████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

17.  The diff contains a side-by-side comparison of the code as it previously existed (left) and the changes to the code (right) starting on ████████████████  The lines highlighted in green indicate new additions to the code.  I have summarized the relevant changes below, including screenshots from Exhibit A:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

| Pages | Lines | Code Language and Description |
|---|---|---|



LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

LATHAM&WATKINS<sup></sup>
ATTORNEYS AT LAW
SAN FRANCISCO

6

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

18. ██████████████████████████████

████████████████████████████████████

██████████████████

19. ██████████████████████████████████

████████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████

20.     Once a user has viewed the Facebook Consent Screen and been presented with the option to upload their Call and Text Logs, the Messenger app provides the user with the option to opt out of or opt in to uploading their Call and Text Logs in the user's Messenger app settings. This option is not available to users unless they have already been presented with the Facebook Consent Screen. ████████████████████████████████████

████████████████████████████████████

██████████████████████████████ A true and correct copy of this diff is attached to my declaration as Exhibit B, and is Bates-stamped FB_WILLIAMS_0000000031-045.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

21.     Users who turn off Call and Text Log uploading in their Messenger app settings are presented with a prompt asking:  "Remove all call and text history and stop syncing?"  The below screenshot, taken from ██████████████, reflects that consent screen:



22.     Users who turn Call and Text Log uploading on in their Messenger app settings are presented with a prompt asking: "Do you want to start syncing your call and text history?" The below screenshot, ████████████████████, reflects that consent screen:



23.     This diff also contains a side-by-side comparison of the code as it previously existed (left) and the changes to the code (right) starting on ████████████   The lines

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

highlighted in green indicate new additions to the code.  I have summarized the relevant changes below, including screenshots from Exhibit B:

| Pages | Lines | Code Language and Description |
|-------|-------|------------------------------|
| | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO



LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

13

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

24.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

█████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████

25.   ███████████████████████████████████████

███████████████████████████████████████████

████████████████████

### III. The Android "Contacts" Permission Prompt Plaintiffs Identify Would Not Have Allowed Access To Call And Text Logs

26.    I understand that the Plaintiffs in this lawsuit allege that when they installed Messenger, they were presented with the following prompt:  "Allow Facebook Messenger access to your contacts?"  They allege that below the prompt were choices labeled "Allow" and "Deny." And they allege that, by selecting "Allow," the Messenger and Facebook Lite apps were also able to access their Call and Text Logs.

27.    The prompt that the Plaintiffs describe is not part of the Messenger code; it is an Android permission prompt called "Read_Contacts."  For devices using the Android OS, Android has a permission system that limits an app's access to a device's data and features.  If an app needs access to resources or information on a device, the app has to request the appropriate "permission."  Android determines what language is presented to users when requesting their permission to access certain data or features on their devices.

28.    As explained further below, a user that received a "Read_Contacts" prompt worded like the one the Plaintiffs identify in their complaint could not have had their Call and Text Logs collected without also receiving additional Android permission prompts separately seeking their permission to (1) read their call logs and (2) read their SMS.  SMS means "short messaging service" and is a type of text messaging.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

1    **A.    Background Regarding The Android Operating System**

2    29.    Software developers, such as Facebook, who want to offer apps, such as

3    Messenger, to people for use on mobile devices operating on the Android OS must develop

4    software compatible with Android OS.  The Android Developer Guides and Android Software

5    Development Kit, often referred to as the "Android SDK," provide developers with information

6    and tools to do this.

7    30.    I am familiar with the Android Developer Guides and Android SDK and

8    understand what they describe and how the developer tools work because I have nine years of

9    experience coding with Android apps.  Through this work, I am also familiar with Android's

10   permission framework and permission requests prompted by Android versus the permission

11   requests prompted by Facebook and know the difference between the two.

12   31.    The permission language that a user may see when running an app on a mobile

13   device operating the Android OS varies depending on two factors: (1) the version of the Android

14   OS running on the device and (2) information provided by the app about the Android OS version

15   on which it was designed to run.  To understand how the permission language may vary from

16   device-to-device or from app-to-app, it is important to understand a few attributes of a user's

17   Android device and the app that they are using:

18            a.   **Operating System Version Number**:  The Android operating system is

19                 periodically updated and has had multiple versions since its inception.

20                 Each version has a different number, *e.g.*, 1.0 to 9.0, and a corresponding

21                 code name, which is named after a sweet treat, such as Donut, Jellybean

22                 and Marshmallow.

23            b.   **API Level**:  Each Android operating system version also has a

24                 corresponding API level.  An API, or application programming interface,

25                 is a set of routines, protocols, and tools for building software applications

26                 that enables two computing systems to "talk" to one another.  The API

27                 level is denoted by a whole number that software developers must

28                 reference in their code, *e.g.*, level 1 to 28.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

17

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

c. **Software Development Kit ("SDK") Version:** For each update to the Android API, Android releases a different Android SDK to allow developers to create apps compatible with its features.  Android requires app developers in their code to declare which Android SDK their app was designed to work with; this is referred to as the "targetSdkVersion."  The SDK version is denoted using the corresponding API level for that operating system (*i.e.*, level 1 to 28).

B. **Background Regarding Android Permission Prompts**

32.     As Android has updated its operating system and APIs, aspects of its permissions framework have changed.  There have been two changes over time to the way a user grants permission to access to their call logs:  (1) the creation of a separate "Read_Call_Logs" permission and (2) the switch from "install-time" to "runtime" permission requests.

1. **Creation Of A Separate "Read_Call_Logs" Permission**

33.     Before the launch of Android Jellybean (OS version 4.1 / API level 16) on July 13, 2012, if an app requested the "Read_Contacts" permission from Android, the app would be granted permission to access the user's contacts list, as well as the user's call logs (*i.e.*, date and time of a call, duration, the contact involved, and whether it was incoming or outgoing).

34.     With the launch of Jellybean (OS version 4.1 / API level 16), and on all future versions of the Android operating system, Android required a new, separate permission to access call logs called "Read_Call_Logs."

35.     This change did not affect the way an app requested access to a user's text logs from Android.  The Android permissions refer to texts as SMS, and an app seeking access to a user's SMS logs must request the "Read_SMS" permission.  The separate "Read_SMS" permission has been required on Android since the first version of the Android OS (OS version 1.0 / API level 1).

2. **Switch from "Install-Time" to "Runtime" Permission Requests**

36.     Before the launch of Android Marshmallow (OS version 6.0 / API level 23) on October 5, 2015, when a user installed a new app on a device using the Android OS, Android

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

18

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

1    would present the user with all of the requested permissions that could potentially affect either

2    the user's privacy or the device's normal operation at the time of installation.  These are referred

3    to as "install-time requests."  In an install-time request, a user would be informed that the app

4    "needs access to" the requested permissions.  The user was then given an all-or-nothing choice to

5    "[a]ccept" these requests or to cancel the installation of the app.

6        37.    A true and correct copy of excerpts from the Android Developer Guides, which is

7    available at https://developer.android.com/guide/ and last accessed on February 18, 2019, is

8    attached hereto as Exhibit C.

9        38.    An example of an install-time request, taken from Exhibit C at page 16, is copied

10   below:



Figure 2. Install-time permission dialog

22       39.    With the launch of Marshmallow (OS version 6.0 / API level 23), and on all

23   future versions of the operating system, Android shifted from its all-or-nothing approach and

24   users were given the option to accept or deny each permission request individually.

25   Additionally, these permissions now appeared *after* the user had installed the app, *i.e.*, at

26   "runtime," and were therefore referred to as "runtime requests."  Runtime requests present the

27   user with a permission dialog asking whether the user wants to "[a]llow [the app] to access"

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

19

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

certain data or features on the device, and the user is given the option to "Deny" or "Allow" this access.

40.    A true and accurate copy of an example of a runtime request, taken from Exhibit C at page 15, is copied below:

 

**Figure 1.** Initial permission dialog (left) and secondary permission request with option to turn off further requests (right)

**C.    The Plaintiffs Must Have Seen And Granted The "Read_Call_Log" Android Permission Prompt If They Were Running Messenger On Jellybean (OS Version 4.1 / API level 16) Or Later**

41.    I understand that the Plaintiffs allege that Facebook exploited a vulnerability in prior versions of the Android OS, which allegedly allowed Facebook access to Messenger users' Call and Text Logs by default when users selected "Allow" in response to the Android permission prompt which asked users to "Allow Facebook Messenger access to your contacts?" Plaintiffs allege that this was possible because prior to Android OS version 4.1, granting access to users' "Contacts" also granted access to their Call and Text Logs by default, and that later changes could be bypassed by using an older version of the Android SDK.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

20

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

42.     Prior to Android Jellybean (OS version 4.1 / API level 16), Android's "READ_CONTACTS" permission prompt would allow access to a user's contacts and call logs. As described in the below excerpt from Exhibit C at page 3, a separate READ_CALL_LOG permission, to control access to a user's call logs, was added in Android Jellybean (OS version 4.1 / API level 16):

**READ_CALL_LOG**

added in API level 16

`public static final String READ_CALL_LOG`

Allows an application to read the user's call log.

**Note:** If your app uses the `READ_CONTACTS` permission and *both* your `minSdkVersion` and `targetSdkVersion` values are set to 15 or lower, the system implicitly grants your app this permission. If you don't need this permission, be sure your `targetSdkVersion` is 16 or higher.

43.     As a result of this change, an app that sought access to call log information from a device running Android OS Jellybean (OS version 4.1 / API Level 16) or a later version of the operating system must request the separate "Read_Call_Logs" permission, with one exception. If an app declares a targetSdkVersion *below* API level 16 (*i.e.*, specifies that it was designed to run on an older version of the Android OS predating version 4.1) and requests the "Read_Contacts" permission, then Android would permit the app to access the user's call logs if the user responded "Allow." This could *only* occur if the app's targetSdkVersion was set to an API level *less than* 16.

44.     Facebook's Messenger app did not exploit any software vulnerability as the Plaintiffs allege. As explained above in Paragraph 11, the Messenger app began to provide users the option to upload their Call and Text Logs starting on May 21, 2015 with the release of Messenger version 28. The targetSdkVersion for version 28 of the Messenger app was set to API Level 21, and the targetSdkVersion was set to or exceeded API Level 21 for every version of the Messenger app released after version 28. At no time since the launch of Messenger version 28 was the targetSdkVersion for Messenger set below API Level 16. This means that the Messenger app always requested the Read_Call_Logs and Read_SMS permissions from a user running Android OS Jellybean (OS version 4.1 / API Level 16) or any later version of the Android OS before uploading the user's Call and Text Logs. These Android permissions are

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

21

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

1  separate from and in addition to the Facebook Consent Screen (shown above in Figure 1) that

2  Facebook presented to seek users' consent to opt-in to upload of their Call and Text Logs.

3        **D.    The Plaintiffs Must Have Seen And Granted The "Read_Call_Logs"**

               **Android Permission Prompt If They Saw The "Contacts" Permission Prompt**

4                 **They Allege**

5        45.    The "Contacts" prompt that the Plaintiffs allege they saw, which provided the

6  option to "allow" or "deny" access to their contacts, is a runtime request; it is not an install-time

7  request, which instead tells users that it "needs access to" the requested permissions and provides

8  an all-or-nothing choice to "[a]ccept."

9        46.    As described in the below excerpt from Exhibit C at page 14, because this

10  "runtime" approach was not available to apps designed on pre-Marshmallow (OS version 6.0 /

11  API level 23) Android SDKs, a user can only see a runtime request if they have a device using

12  Android Marshmallow (OS version 6.0 / API level 23) or higher, <u>and</u> the app's

13  targetSDKVersion is set to API level 23 or higher:

14  **Runtime requests (Android 6.0 and higher)**

15  If the device is running Android 6.0 (API level 23) or higher, *and* the app's `targetSdkVersion` is 23 or higher, the user

isn't notified of any app permissions at install time. Your app must ask the user to grant the dangerous permissions at

runtime. When your app requests permission, the user sees a system dialog (as shown in figure 1, left) telling the user

16  which permission group your app is trying to access. The dialog includes a **Deny** and **Allow** button.

17        47.    This means that, if the Plaintiffs saw a runtime request like the one that they

18  identified when they installed Messenger, then they were all using Android Marshmallow (OS

19  version 6.0 / API level 23) or higher, and the targetSdkVersion of the Messenger app they

20  installed was set to API level 23 or higher.  Therefore, they also would have been required to

21  grant a separate "Read_Call_Log" permission request before Messenger could upload their call

22  logs.  They would also have been required to grant a separate "Read_SMS" permission request

23  before Messenger could upload their text logs.

24        48.    If any of the Plaintiffs had clicked "deny" on the Read_Call_Log permission, then

25  the app would not have been able to upload their call logs.  Similarly, if they had clicked "deny"

26  on the Read_SMS permission, then the app would not have been able to upload their text logs.

27        49.    I am not aware of any circumstances in which a user would receive an Android

28  permission request or a Facebook request worded exactly as the Plaintiffs have quoted in the

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

22

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

1    Complaint: "Allow [app] *access to* your contacts."  The closest equivalent of which I am aware

2    is the permission language used in Android operating system version 6.0 and above and the

3    corresponding SDK, which states:  "Allow [app] to access your contacts."

4    **IV.    Facebook's Messenger App Uploaded Call And Text Logs From The Plaintiffs Only**
         **After They Consented By Turning On That Feature**

5

6           50.     ████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████████

11

12

13

14

15

16

17

18

19

20          51.     I have reviewed the Call and Text Logs Facebook has for each of the FBIDs

21   identified in Paragraph 50 ███████████████████████████████████████

22   ████████████████████████████████████████.  Facebook's Contacts Tool

23   provides information regarding Facebook's internal field names for storage of this data.

24   Facebook considers this information confidential and takes steps to maintain that confidentiality

25   to protect against data security threats and to prevent third parties, including competitors and

26   malicious actors, from gaining insight into how Facebook stores user data.  Publication of this

27   data could create data security issues and competitive harm.  Attached hereto are the following

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

23

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

exhibits, which are true and correct copies of the Contact Tool's results for the FBIDs identified in Paragraph 50.



52.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS



53.     A single Facebook account and its associated FBID can be used across multiple different devices. ▮ Facebook uploads Call and Text Logs from a specific device on which a user opts-in to upload of their Call and Text Logs.  If a user consents to upload their Call and Text Logs on one device, that will not allow for upload of Call and Text Logs on any other devices unless consent is explicitly given on those other devices.

54.     ▮

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS

**V.    None Of The Plaintiffs Ever Installed Facebook Lite Or Had Their Call and Text Logs Uploaded By Facebook Lite**

55.    I have reviewed Facebook data indicating when and whether the FBIDs identified in Paragraph 50 installed any Facebook apps, and none of them has ever installed Facebook Lite.

56.    As demonstrated by Exhibits D through K, which indicate whether Facebook uploaded Call and Text Logs for each of the FBIDs identified in Paragraph 50, none of them had their Call and Text Logs uploaded from the Facebook Lite app.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 26, 2019 at Menlo Park, California.

By:    _____

Louis Boval

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

26

L. BOVAL DECL. ISO
MOT. TO DISMISS 2nd AM. CONS. COMPLAINT
CASE NO. 3:18-CV-01881 RS