# EXHIBIT C

# Selected Excerpts from Android Developer Guides

# Excerpts from *Manifest.permission*

*available at* https://developer.android.com/reference/android/Manifest.permission

# READ_CALL_LOG

added in API level 16

`public static final` String `READ_CALL_LOG`

Allows an application to read the user's call log.

**Note:** If your app uses the `READ_CONTACTS` permission and *both* your `minSdkVersion` and `targetSdkVersion` values are set to 15 or lower, the system implicitly grants your app this permission. If you don't need this permission, be sure your `targetSdkVersion` is 16 or higher.

Protection level: dangerous

Constant Value: "android.permission.READ_CALL_LOG"

# READ_CONTACTS

added in API level 1

`public static final` String `READ_CONTACTS`

Allows an application to read the user's contacts data.

Protection level: dangerous

Constant Value: "android.permission.READ_CONTACTS"

# READ_SMS

added in <u>API level 1</u>

```
public static final String READ_SMS
```

Allows an application to read SMS messages.

Protection level: dangerous

Constant Value: "android.permission.READ_SMS"

# Excerpts from *<uses-sdk>*

*available at* https://developer.android.com/guide/topics/manifest/uses-sdk-element

## Documentation

Android Developer

# &lt;uses-sdk&gt;

> ★ Google Play uses the `<uses-sdk>` attributes declared in your app manifest to filter your app from devices that do not meet it's platform version requirements. Before setting these attributes, make sure that you understand [Google Play filters](#).

**syntax:**

```
<uses-sdk android:minSdkVersion="integer"
          android:targetSdkVersion="integer"
          android:maxSdkVersion="integer" />
```

**contained in:**

`<manifest>`

**description:**

Lets you express an application's compatibility with one or more versions of the Android platform, by means of an API Level integer. The API Level expressed by an application will be compared to the API Level of a given Android system, which may vary among different Android devices.

Despite its name, this element is used to specify the API Level, *not* the version number of the SDK (software development kit) or Android platform. The API Level is always a single integer. You cannot derive the API Level from its associated Android version number (for example, it is not the same as the major version or the sum of the major and minor versions).

Also read the document about [Versioning Your Applications](#).

**attributes:**

`android:minSdkVersion`

6

An integer designating the minimum API Level required for the application to run. The Android system will prevent the user from installing the application if the system's API Level is lower than the value specified in this attribute. You should always declare this attribute.

> **error Caution:** If you do not declare this attribute, the system assumes a default value of "1", which indicates that your application is compatible with all versions of Android. If your application is *not* compatible with all versions (for instance, it uses APIs introduced in API Level 3) and you have not declared the proper `minSdkVersion`, then when installed on a system with an API Level less than 3, the application will crash during runtime when attempting to access the unavailable APIs. For this reason, be certain to declare the appropriate API Level in the `minSdkVersion` attribute.

`android:targetSdkVersion`

An integer designating the API Level that the application targets. If not set, the default value equals that given to `minSdkVersion`.

This attribute informs the system that you have tested against the target version and the system should not enable any compatibility behaviors to maintain your app's forward-compatibility with the target version. The application is still able to run on older versions (down to `minSdkVersion`).

As Android evolves with each new version, some behaviors and even appearances might change. However, if the API level of the platform is higher than the version declared by your app's `targetSdkVersion`, the system may enable compatibility behaviors to ensure that your app continues to work the way you expect. You can disable such compatibility behaviors by specifying `targetSdkVersion` to match the API level of the platform on which it's running. For example, setting this value to "11" or higher allows the system to apply a new default theme (Holo) to your app when running on Android 3.0 or higher and also disables screen compatibility mode when running on larger screens (because support for API level 11 implicitly supports larger screens).

There are many compatibility behaviors that the system may enable based on the value you set for this attribute. Several of these behaviors are described by the corresponding platform versions in the `Build.VERSION_CODES` reference.

To maintain your application along with each Android release, you should increase the value of this attribute to match the latest API level, then thoroughly test your application on the corresponding platform version.

Introduced in: API Level 4

`android:maxSdkVersion`

7

API Level 1

# What is API Level?

API Level is an integer value that uniquely identifies the framework API revision offered by a version of the Android platform.

The Android platform provides a framework API that applications can use to interact with the underlying Android system. The framework API consists of:

- A core set of packages and classes
- A set of XML elements and attributes for declaring a manifest file
- A set of XML elements and attributes for declaring and accessing resources
- A set of Intents
- A set of permissions that applications can request, as well as permission enforcements included in the system

Each successive version of the Android platform can include updates to the Android application framework API that it delivers.

Updates to the framework API are designed so that the new API remains compatible with earlier versions of the API. That is, most changes in the API are additive and introduce new or replacement functionality. As parts of the API are upgraded, the older replaced parts are deprecated but are not removed, so that existing applications can still use them. In a very small number of cases, parts of the API may be modified or removed, although typically such changes are only needed to ensure API robustness and application or system security. All other API parts from earlier revisions are carried forward without modification.

The framework API that an Android platform delivers is specified using an integer identifier called "API Level". Each Android platform version supports exactly one API Level, although support is implicit for all earlier API Levels (down to API Level 1). The initial release of the Android platform provided API Level 1 and subsequent releases have incremented the API Level.

The table below specifies the API Level supported by each version of the Android platform. For information about the relative numbers of devices that are running each version, see the Platform Versions dashboards page.

| Platform Version | API Level | VERSION_CODE | Notes |
|---|---|---|---|
| Android 9 | 28 | P | Platform Highlights |

8

| | | | |
|---|---|---|---|
| Android 8.1 | 27 | `O_MR1` | Platform Highlights |
| Android 8.0 | 26 | `O` | Platform Highlights |
| Android 7.1.1<br>Android 7.1 | 25 | `N_MR1` | Platform Highlights |
| Android 7.0 | 24 | `N` | Platform Highlights |
| Android 6.0 | 23 | `M` | Platform Highlights |
| Android 5.1 | 22 | `LOLLIPOP_MR1` | Platform Highlights |
| Android 5.0 | 21 | `LOLLIPOP` | |
| Android 4.4W | 20 | `KITKAT_WATCH` | KitKat for Wearables Only |
| Android 4.4 | 19 | `KITKAT` | Platform Highlights |
| Android 4.3 | 18 | `JELLY_BEAN_MR2` | Platform Highlights |
| Android 4.2, 4.2.2 | 17 | `JELLY_BEAN_MR1` | Platform Highlights |
| Android 4.1, 4.1.1 | 16 | `JELLY_BEAN` | Platform Highlights |
| Android 4.0.3, 4.0.4 | 15 | `ICE_CREAM_SANDWICH_MR1` | Platform Highlights |
| Android 4.0, 4.0.1, 4.0.2 | 14 | `ICE_CREAM_SANDWICH` | |
| Android 3.2 | 13 | `HONEYCOMB_MR2` | |
| Android 3.1.x | 12 | `HONEYCOMB_MR1` | Platform Highlights |
| Android 3.0.x | 11 | `HONEYCOMB` | Platform Highlights |
| Android 2.3.4<br>Android 2.3.3 | 10 | `GINGERBREAD_MR1` | Platform Highlights |
| Android 2.3.2<br>Android 2.3.1<br>Android 2.3 | 9 | `GINGERBREAD` | |
| Android 2.2.x | 8 | `FROYO` | Platform Highlights |
| Android 2.1.x | 7 | `ECLAIR_MR1` | Platform Highlights |
| Android 2.0.1 | 6 | `ECLAIR_0_1` | |
| Android 2.0 | 5 | `ECLAIR` | |
| Android 1.6 | 4 | `DONUT` | Platform Highlights |
| Android 1.5 | 3 | `CUPCAKE` | Platform Highlights |

9

| Android 1.1 | 2 | `BASE_1_1` |
| Android 1.0 | 1 | `BASE` |

## Uses of API Level in Android

The API Level identifier serves a key role in ensuring the best possible experience for users and application developers:

- It lets the Android platform describe the maximum framework API revision that it supports
- It lets applications describe the framework API revision that they require
- It lets the system negotiate the installation of applications on the user's device, such that version-incompatible applications are not installed.

Each Android platform version stores its API Level identifier internally, in the Android system itself.

Applications can use a manifest element provided by the framework API — `<uses-sdk>` — to describe the minimum and maximum API Levels under which they are able to run, as well as the preferred API Level that they are designed to support. The element offers three key attributes:

- `android:minSdkVersion` — Specifies the minimum API Level on which the application is able to run. The default value is "1".

- `android:targetSdkVersion` — Specifies the API Level on which the application is designed to run. In some cases, this allows the application to use manifest elements or behaviors defined in the target API Level, rather than being restricted to using only those defined for the minimum API Level.

- `android:maxSdkVersion` — Specifies the maximum API Level on which the application is able to run. **Important:** Please read the `<uses-sdk>` documentation before using this attribute.

For example, to specify the minimum system API Level that an application requires in order to run, the application would include in its manifest a `<uses-sdk>` element with a `android:minSdkVersion` attribute. The value of `android:minSdkVersion` would be the integer corresponding to the API Level of the earliest version of the Android platform under which the application can run.

When the user attempts to install an application, or when revalidating an appplication after a system update, the Android system first checks the `<uses-sdk>` attributes in the application's manifest and compares the values against its own internal API Level. The system allows the installation to begin only if these conditions are met:

- If a `android:minSdkVersion` attribute is declared, its value must be less than or equal to the

10

system's API Level integer. If not declared, the system assumes that the application requires API Level 1.

- If a `android:maxSdkVersion` attribute is declared, its value must be equal to or greater than the system's API Level integer. If not declared, the system assumes that the application has no maximum API Level. Please read the `<uses-sdk>` documentation for more information about how the system handles this attribute.

When declared in an application's manifest, a `<uses-sdk>` element might look like this:

```
<manifest>
  <uses-sdk android:minSdkVersion="5" />
  ...
</manifest>
```

The principal reason that an application would declare an API Level in `android:minSdkVersion` is to tell the Android system that it is using APIs that were *introduced* in the API Level specified. If the application were to be somehow installed on a platform with a lower API Level, then it would crash at run-time when it tried to access APIs that don't exist. The system prevents such an outcome by not allowing the application to be installed if the lowest API Level it requires is higher than that of the platform version on the target device.

For example, the `android.appwidget` package was introduced with API Level 3. If an application uses that API, it must declare a `android:minSdkVersion` attribute with a value of "3". The application will then be installable on platforms such as Android 1.5 (API Level 3) and Android 1.6 (API Level 4), but not on the Android 1.1 (API Level 2) and Android 1.0 platforms (API Level 1).

For more information about how to specify an application's API Level requirements, see the `<uses-sdk>` section of the manifest file documentation.

11

# Excerpts from *Permissions Overview*

*available at* https://developer.android.com/guide/topics/permissions/overview

## Documentation

Android Developers

# Permissions overview

The purpose of a *permission* is to protect the privacy of an Android user. Android apps must request permission to access sensitive user data (such as contacts and SMS), as well as certain system features (such as camera and internet). Depending on the feature, the system might grant the permission automatically or might prompt the user to approve the request.

A central design point of the Android security architecture is that no app, by default, has permission to perform any operations that would adversely impact other apps, the operating system, or the user. This includes reading or writing the user's private data (such as contacts or emails), reading or writing another app's files, performing network access, keeping the device awake, and so on.

This page provides an overview to how Android permissions work, including: how permissions are presented to the user, the difference between install-time and runtime permission requests, how permissions are enforced, and the types of permissions and their groups. If you just want a how-to guide for using app permissions, instead see Request App Permissions.

## Permission approval

An app must publicize the permissions it requires by including `<uses-permission>` tags in the app manifest. For example, an app that needs to send SMS messages would have this line in the manifest:

```
<manifest xmlns:android="http://schemas.android.com/apk/res/android"
          package="com.example.snazzyapp">

    <uses-permission android:name="android.permission.SEND_SMS"/>

    <application ...>
        ...
    </application>
</manifest>
```

13

If your app lists *normal* permissions in its manifest (that is, permissions that don't pose much risk to the user's privacy or the device's operation), the system automatically grants those permissions to your app.

If your app lists *dangerous* permissions in its manifest (that is, permissions that could potentially affect the user's privacy or the device's normal operation), such as the `SEND_SMS` permission above, the user must explicitly agree to grant those permissions.

For more information about normal and dangerous permissions, see Protection levels.

## Request prompts for dangerous permissions

Only dangerous permissions require user agreement. The way Android asks the user to grant dangerous permissions depends on the version of Android running on the user's device, and the system version targeted by your app.

Runtime requests (Android 6.0 and higher)

If the device is running Android 6.0 (API level 23) or higher, *and* the app's `targetSdkVersion` is 23 or higher, the user isn't notified of any app permissions at install time. Your app must ask the user to grant the dangerous permissions at runtime. When your app requests permission, the user sees a system dialog (as shown in figure 1, left) telling the user which permission group your app is trying to access. The dialog includes a **Deny** and **Allow** button.

If the user denies the permission request, the next time your app requests the permission, the dialog contains a checkbox that, when checked, indicates the user doesn't want to be prompted for the permission again (see figure 1, right).

14

 

**Figure 1.** Initial permission dialog (left) and secondary permission request with option to turn off further requests (right)

If the user checks the **Never ask again** box and taps **Deny**, the system no longer prompts the user if you later attempt to requests the same permission.

Even if the user grants your app the permission it requested you cannot always rely on having it. Users also have the option to enable and disable permissions one-by-one in system settings. You should always check for and request permissions at runtime to guard against runtime errors (`SecurityException`).

For details about how to handle runtime permission requests, see Request App Permissions.

Install-time requests (Android 5.1.1 and below)

If the device is running Android 5.1.1 (API level 22) or lower, *or* the app's `targetSdkVersion` is 22 or lower while running on any version of Android, the system automatically asks the user to grant all dangerous permissions for your app at install-time (see figure 2).

15



**Figure 2.** Install-time permission dialog

If the user clicks **Accept**, all permissions the app requests are granted. If the user denies the permissions request, the system cancels the installation of the app.

If an app update includes the need for additional permissions the user is prompted to accept those new permissions before updating the app.

For an overview of the recommended user experience patterns for requesting permissions, see App Permissions Best Practices.

To learn how to check for and request permissions from the user, see Request App Permissions.