UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Williams,<br><br>        Plaintiff,<br><br>  v.<br><br>Facebook, Inc.,<br><br>        Defendant. | Case No.  18-cv-01881-RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

     Pursuant to Northern District Local Rule 72-1, the Court hereby refers this discovery dispute, raised in Docket No. 100, and any further discovery disputes, to a randomly assigned Magistrate Judge for resolution.

**IT IS SO ORDERED**.

Dated: March 27, 2019

RICHARD SEEBORG
United States District Judge