UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILLIAMS, et al., <br> Plaintiffs, <br> v. <br> FACEBOOK, INC., <br> Defendant. | Case No. 18-cv-01881-RS (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 100 |

Plaintiffs have filed a motion to compel entry of an ESI protocol and for Defendant to produce documents. ECF No. 100. The Court sets a hearing on this motion for May 9, 2019 at 10:00 a.m. in Courtroom A on the 15th floor. The parties shall raise future discovery disputes in the manner specified in the undersigned's Discovery Standing Order, which is available at https://cand.uscourts.gov/tsh/standing-orders. Any questions should be directed to Courtroom Deputy Rose Maher.

**IT IS SO ORDERED.**

Dated: March 28, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge