UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE OLIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 18-cv-01881-RS (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 100 |

Plaintiffs filed a motion to compel entry of an ESI protocol and for Facebook to produce documents. ECF No. 100. The Court continued a hearing on this motion pending a ruling on Facebook's motion to dismiss. The parties have since filed a status report. ECF No. 144. They state that they have resolved two of the issues concerning the ESI protocol, they have agreed to table the other issues raised in the motion and do not intend to raise them at the November 7, 2019 hearing, and they will contact the Court to reschedule a hearing on those issues if they are not able to resolve them. At this point there is nothing in the pending motion the parties want the Court to rule on. The motion is therefore **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: October 31, 2019

THOMAS S. HIXSON
United States Magistrate Judge