UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE OLIN, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | Case No. 18-cv-01881-RS   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 166 |

The Court orders Facebook to file its 2.5 page response to ECF No. 166 by December 1, 2020.

**IT IS SO ORDERED.**

Dated: November 24, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge