LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
   *elizabeth.deeley@lw.com*
Nicole C. Valco (CA Bar No. 258506)
   *nicole.valco@lw.com*
Joseph C. Hansen (CA Bar No. 257147)
   *joseph.hansen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Susan E. Engel (*pro hac vice*)
   *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant Facebook, Inc.*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE OLIN, HAROLD NYANJOM, SHERON SMITH-JACKSON, and JANICE VEGA-LATKER, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>             Defendant. | Case No. 3:18-cv-01881-RS (TSH)<br><br>**JOINT STIPULATION AND ORDER (1) WITHDRAWING PLAINTIFFS' MOTION FOR LEAVE (DKT. 175);**<br>**(2) FILING PLAINTIFFS' PROPOSED THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; AND**<br>**(3) SETTING MOTION TO DISMISS BRIEFING SCHEDULE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' THIRD AM. COMPL.
CASE NO. 3:18-CV-01881-RS (TSH)

**WHEREAS**, on December 3, 2020, counsel for Plaintiffs Lawrence Olin, Harold Nyanjom, Sheron Smith-Jackson, and Janice Vega-Latker ("Plaintiffs") sent a draft Third Amended Consolidated Class Action Complaint ("Third Amended Complaint") to counsel for Defendant Facebook, Inc. ("Facebook"), stating that Plaintiffs would file a motion for leave to amend on December 14, 2020, and asking that Facebook let Plaintiffs know before that date whether Facebook consented to the amendment;

**WHEREAS**, on December 8, 2020, without having an opportunity for follow up meet and confer discussion due to a miscommunication about the filing date, Plaintiffs filed a Motion for Leave to File a Third Amended Consolidated Class Action Complaint on December 8, 2020 (Dkt. 175);

**WHEREAS**, on December 9, 2020, Plaintiffs' counsel asked Facebook's counsel to extend the briefing schedule on the Motion for Leave into January 2021, given the upcoming holidays and Plaintiffs' counsel's pre-planned vacations;

**WHEREAS**, the Parties have now conferred regarding Plaintiffs' request to file a Third Amended Complaint, and Facebook provisionally consents to the filing of the Third Amended Complaint under Federal Rule of Civil Procedure 15(a)(2), on the condition that such consent shall be without prejudice to Facebook's ability to file a motion to dismiss, and that its deadline to respond to the Third Amended Complaint shall be extended to the later date of thirty (30) days after entry of this order or January 28, 2021.

**WHEREAS**, the Parties agree that the motion-to-dismiss briefing schedule will be the following:

- Facebook's Motion to Dismiss shall be due the later date of (i) thirty (30) days after the entry of this Order or (ii) January 28, 2021;
- Plaintiffs' Opposition shall be due twenty-one (21) days after the filing of Facebook's Motion to Dismiss; and
- Facebook's Reply shall be due twenty-one (21) days after the filing of Plaintiffs' Opposition.

It is therefore **STIPULATED** and **AGREED**, subject to Court approval, that:

1. Plaintiffs' Motion for Leave to File a Third Amended Consolidated Class Action Complaint (Dkt. 175) is hereby withdrawn;

2. Facebook consents to the filing of the Third Amended Consolidated Class Action Complaint subject to the terms of this Stipulation;

3. Facebook shall move to dismiss, or file and serve any answer or other response to, the Third Amended Complaint the later date of (i) thirty (30) days after the entry of this Order, or (ii) January 28, 2021;

4. If Facebook files a motion to dismiss, Plaintiffs' opposition is due within twenty-one (21) days of the filing of a motion to dismiss;

5. If Facebook files a motion to dismiss, Facebook's reply in support of the motion to dismiss is due within twenty-one (21) days of the filing of Plaintiffs' opposition.

DATED:  December 16, 2020            LATHAM & WATKINS LLP

By:  /s/ Elizabeth L. Deeley
Elizabeth L. Deeley (CA Bar No. 230798)
   elizabeth.deeley@lw.com
Nicole C. Valco (CA Bar No. 258506)
   nicole.valco@lw.com
Joseph C. Hansen (CA Bar No. 257147)
   joseph.hansen@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Susan E. Engel (*pro hac vice*)
   susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant Facebook, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   JOINT STIP. AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' THIRD AM. COMPL.
CASE NO. 3:18-CV-01881-RS (TSH)

DATED: December 16, 2020

BURSOR & FISHER, P.A.

By: /s/ Neal J. Deckant
L. Timothy Fisher (CA Bar No. 191626)
ltfisher@bursor.com
Neal J. Deckant (CA Bar No. 322946)
ndeckant@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: +1.925.300.4455
Facsimile: +1.925.407.2700

*Attorneys for Plaintiffs Lawrence Olin, Harold Nyanjom, Sheron Smith-Jackson and Janice Vega-Latker*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' THIRD AM. COMPL.
CASE NO. 3:18-CV-01881-RS (TSH)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 17, 2020

_____
Hon. Richard Seeborg
United States District Court Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' THIRD AM. COMPL.
CASE NO. 3:18-CV-01881-RS (TSH)