LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  *elizabeth.deeley@lw.com*
Nicole C. Valco (CA Bar No. 258506)
  *nicole.valco@lw.com*
Joseph C. Hansen (CA Bar No. 275147)
  *joseph.hansen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Susan E. Engel (*pro hac vice*)
  *susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE OLIN, HAROLD NYANJOM, SHERON SMITH-JACKSON and JANICE VEGA-LATKER, BLAKE CARLYLE, MARC BOEHM and RAVEN WINHAM individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:18-cv-01881-RS (TSH)<br><br>**DECLARATION OF RUICHEN MA IN RESPONSE TO THE DECLARATION OF WILLIAM WONG (DKT. 192)**<br><br>Hon. Thomas S. Hixson |

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

I, Ruichen Ma, hereby declare as follows:

1. I am a Software Engineer at Facebook, Inc. ("Facebook") and have held this position since March 2018. In May 2018, I joined Facebook's Messaging Infrastructure Team, which supports Facebook's Messenger Team responsible for developing the Android version of the Messenger application ("app") at issue in this case. In my role on the Messaging Infrastructure Team, I also had personal experience with the Android permission structure and Android open-source code. I currently work on the Signals Team.

2. I read the Declaration of William Wong that the Plaintiffs submitted in this case (Dkt. 192) ("Wong Decl."). I submit this declaration in response to Mr. Wong's Declaration.

**I.   Implementations and Callers for** ▮▮▮▮▮▮▮▮▮▮

3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4. After reviewing Mr. Wong's declaration, I spent approximately eight additional hours investigating the ▮▮▮▮▮▮▮▮▮▮ code based upon the statements in the declaration. As a result of that further investigation, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**II.   ▮▮▮▮▮▮▮▮▮▮**

**A.   Facebook's Upload Of Messenger Users' Contacts Information Is Separate From The Call And Text History Uploading Feature**

5. I understand that the Plaintiffs claim that Facebook exploited a vulnerability in prior versions of the Android Operating System ("OS"), which they allege allowed Facebook access to Messenger users' call and text history by default when users selected "Allow" in response to the Android permission prompt that asked users to "Allow Facebook Messenger access to your contacts?" The Plaintiffs say that this was possible because prior to Android OS version 4.1, granting permission to access users' "Contacts" also granted access to their call and text history by default, and that later changes to the permissions could be bypassed by using an older version

of the Android Software Development Kit.  The prompt that the Plaintiffs describe is not part of the Messenger code; it is an Android permission prompt called "Read_Contacts."

6. In his declaration, Mr. Wong states that "[b]ecause the Android OS did not distinguish between data related to contacts and data related to call and text logs, the App necessarily scraped them both" and that this "would have been necessary because both actions depended on the same Android permission." Wong Decl. ¶¶ 17-18.  This assertion is wrong and is based on a misunderstanding of how the Android permission system works.

7. The Android permissions are a gating system employed by the Android OS to limit an app's access to the data and features on an Android-operated mobile device ("Android device"). If an app needs access to any of the resources or information on an Android device, the app must request the corresponding "permission."  For example, according to the Android Software Development Kit, the "Read_Contacts" permission currently allows an app to access a variety of data relating to the contacts on an Android device, including name, nickname, phone number, postal address, and email address.  An app will not be able to access, for example, the names and phone numbers of contacts on a user's Android device unless the app has requested and been granted the "Read_Contacts" permission.

8. Although an Android permission grants an app the *ability* to access certain data types, it does not *require* the app to do so.  An app developer must also include code instructing the app to collect the sought-after data types.  Because the Android permission does not *require* an app to access any data, the code can be written to access any specific subset of the data to which the app has been granted permission.  For example, an app developer may design their app to upload *only* the email addresses of a user's contacts, so long as the app has been granted the required Read_Contacts permission.

9. Therefore, *even if* the Read_Contacts permission the Plaintiffs granted also at some point in time allowed the Messenger app to access the device's call and text history, it does not follow that any and all Messenger code designed to upload a user's contact information would also upload call and text logs.  In fact, the Messenger app had separate code for uploading (a) call and text history and (b) contacts from a user's Android device.

1   **B.**   ███████████████████████████████████████
2       ████████████████████████████████████████████
3       ████████████████████████████

4       10.     Based on my investigation as described below, I have not identified any other code
5   included in the ███████████████████ that relates to the call and text history uploading
6   feature at issue in this case that was not already included in the source code made available to the
7   Plaintiffs for inspection.

8       11.     In his declaration, Mr. Wong says that the ████████████████████████
9   ████████████████████████████████████████████████████████████████████████
10  ████████████████████████████████████████████████████████████████████████
11  ██████████████████████████████████████████ Wong Decl. ¶¶ 19, 23.
12  This is not correct.

13      12.     As part of the Android Software Development Kit, Android offers open-source
14  (*i.e.*, publicly available) code libraries that app developers can use to code their apps to accomplish
15  particular tasks in connection with the Android system.

16      13.     ████████████████████████████████████████████████████████████
17  ████████████████████████████████████████████████████████████████████████
18  ████████████████████████████████████████████████████████████████████████
19  ████████████████████████████████████████████████████████████████████████
20  ████████████████████████████████████████████████████████████████████████
21  ████████████████████████████████████████████████████████████████████████
22  ████████████████████████████████████████████████████████████████████████
23  ████████████████████████████████████████████████████████████████████████
24  ████████████

25      14.     ████████████████████████████████████████████████████████
26  ████████████████████████████████████████████████████████████████████████
27  ████████████████████████████████████████████████████████████████████████
28  ████████████████████████████████████████████████████████████████████████ t

1
2
3  15.
4
5
6
7  16.
8
9
10
11
12
13
14
15
16
17
18
19
20             .
21  17.
22
23
24
25
26
27
28

1 ███████████████████████████████████████████████████

2 ████████████████████████

### III. Pre-2014 Code

18. I understand that the Plaintiffs have requested any source code created prior to January 1, 2014 that relates to the call and text history uploading feature, if it exists. Dkt. 166 at 3.

19. Starting on May 21, 2015, Facebook began to offer some new, first-time Messenger users in the United States with Android devices the option to grant Facebook permission to upload information about their call and text history in addition to contacts. *See* Decl. of L. Boval ISO Mot. to Dismiss (Dkt. 95) at ¶¶ 5. This new upload feature included the following call log information for each call on the Android device:

- telephone number;
- contact name (if available);
- whether the call was incoming, outgoing or missed;
- call time; and
- duration.

*Id.* The new upload feature also included the following text log information for each text (*i.e.*, SMS or MMS) on the Android device:

- telephone number;
- contact name (if available);
- whether the text was sent or received; and
- the text time.

*Id.* Call and text histories did not include any content of the call or text. *Id.*

20. ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████. I understand that the Plaintiffs allege that Facebook

1  uploaded the data described above in Paragraph 19 without their consent.  *See* Third Am. Compl.
2  (Dkt. 184) ¶¶ 1, 6-12, 26-27.  For example, Plaintiff Harold Nyanjam alleges that the following is
3  an excerpt of the call and text history that Facebook uploaded from his Android device (Third Am.
4  Compl. ¶ 7):

| Number:+1316■■■ | | | | | |
|---|---|---|---|---|---|
| Call Type | Start Time | Duration | Name | Number Label | Number Type |
| INCOMING | 2017-08-21 11:53:11 | 8 | | | 0 |
| Number:+1334■■■ | | | | | |
| Call Type | Start Time | Duration | Name | Number Label | Number Type |
| OUTGOING | 2017-08-09 13:38:43 | 82 | | | 0 |
| MISSED | 2017-08-09 13:33:34 | 0 | | | 0 |
| Number:+1316■■■ | | | | | |
| Call Type | Start Time | Duration | Name | Number Label | Number Type |
| OUTGOING | 2017-02-14 11:51:14 | 0 | Momma | | 1 |
| MISSED | 2017-07-03 14:20:55 | 0 | Momma | | 1 |
| INCOMING | 2017-04-09 18:09:45 | 335 | Momma | | 1 |
| OUTGOING | 2017-02-17 11:37:09 | 4 | Momma | | 1 |
| INCOMING | 2017-07-02 14:19:40 | 70 | Momma | | 1 |
| OUTGOING | 2017-04-21 10:39:07 | 0 | Momma | | 1 |

17      21.     In response to the Mr. Wong's declaration, ■■■■■■■■■■■■■■■■■■■■■■■■
18  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■  *See* Wong Decl. ¶ 32.  In my
19  investigation, I did not locate any pre-2014 code related to the call and text history uploading
20  feature launched in May 2015, nor am I aware of any Messenger code that pre-dates January 1,
21  2014 related to Plaintiffs' allegations regarding upload of their call and text history data described
22  above in Paragraphs 19 and 20.
23      22.     In paragraph 32 of his declaration, Mr. Wong identifies ■■■■■■■■■
24  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
25  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
26  ■■  ■■■■■■■■■■■■■■■■■■■■■  ■■■■■■■■■■■■■■■■■■■■■  ■■
27  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
28

1 ████████████████████████████████████
2 ████████████████████████████.
3 23. ████████████████████████████
4 ████████████████████████████████████
5 ████████████████████████████████████
6 ████ ██ █ █ █ █ ██ █ █ █ ████
7 ████████████████████████████████████
8 ████████████████████████████████████
9 ████████████████████████████████████
10 ████████████████████████████████████
11 ████████████████████████████████████
12 ████████████████████████████████████
13 █████████████.
14 24. ████████████████████████████
15 ████████████████████████████████████
16 ████████████████████████████████████
17 ████████████████████████████████████
18 ██████████.
19 25. ████████████████████████████
20 ████████████████████████████████████
21 ████████████████████████████████████
22 ████████████████████████████████████
23 ████████████████████████████████████
24 ████████████████████████████████████
25 ████████████████████████████████████
26 ─────────────────────
27 [1] ████████████
28 [2] ██████████████████████████



26. [REDACTED]

27. [REDACTED]

28. [REDACTED]

---

[3] A "message box" on Android is an SMS or MMS mailbox, with options such as "inbox," "outbox," and "drafts."

1 ▮ ███████████████████
2 ▮ █████
3 ▮ ████████████████
4 ▮ █████████████████
5 ▮ ████
6 ▮ ████████████████
7 ▮ █████████████████
8 ▮ ██████
9 ▮ ████████████████
10 ▮ █████████████████
11 ▮ █████
12 ▮ ████████████████
13 ▮ █████████████████
14 ▮ ███████
15 ▮ ████████████████
16 ▮ █████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2021 at Menlo Park, California.

By: /s/ Ruichen Ma
Ruichen Ma

## ATTORNEY ATTESTATION

I, Nicole C. Valco, attest that concurrence in the filing of this Declaration of Ruichen Ma in Response to the Declaration of William Wong (Dkt. 192) has been obtained from the signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of March 2021, in San Francisco, California.

/s/ *Nicole C. Valco*
Nicole C. Valco
of LATHAM & WATKINS LLP