| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | LATHAM & WATKINS LLP<br>Elizabeth L. Deeley (CA Bar No. 230798)<br>   *elizabeth.deeley@lw.com*<br>Nicole C. Valco (CA Bar No. 258506)<br>   *nicole.valco@lw.com*<br>Joseph C. Hansen (CA Bar No. 257147)<br>   *joseph.hansen@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095<br><br>Susan E. Engel (*pro hac vice*)<br>   *susan.engel@lw.com*<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: +1.202.637.2200<br>Facsimile: +1.202.637.2201<br><br>*Attorneys for Defendant Facebook, Inc.*<br><br>*Additional Counsel on Signature Page* | **FILED**<br><br>Apr 27 2021<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE OLIN, HAROLD NYANJOM, SHERON SMITH-JACKSON, JANICE VEGA-LATKER, BLAKE CARLYLE, MARC BOEHM, and RAVEN WINHAM, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | Case No. 3:18-cv-01881-RS (TSH)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY HEARING**<br><br>Hon. Thomas S. Hixson |

WHEREAS, on November 23, 2020, Plaintiffs filed a Statement on Discovery Dispute Regarding Plaintiffs' Request for Inspection (Dkt. 166);

WHEREAS, on December 9, 2020, the Court conducted a hearing on the discovery dispute raised in Plaintiffs' Statement on Discovery Dispute Regarding Plaintiffs' Request for Inspection and, on December 10, 2020, ordered the Parties to file declarations addressing certain factual issues (Dkts. 177, 187);

WHEREAS, on January 14, 2021, Plaintiffs filed the Declaration of William Wong (Dkt. 192);

WHEREAS, on March 2, 2021, Facebook filed the Declaration of Ruichen Ma in Response to the Declaration of William Wong (Dkt. 198);

WHEREAS, on April 23, 2021, the Court issued a Notice Setting Zoom Discovery Hearing regarding the Declarations of William Wong and Ruichen Ma for April 29, 2021 at 3:00 p.m. (Dkt. 205);

WHEREAS, the Parties have conferred and agreed that, given their ongoing discussions, judicial efficiency would be served by continuing the Discovery Hearing currently scheduled for April 29, 2021;

WHEREAS, the Parties have agreed to provide the Court with a joint status update regarding the status of the discovery dispute forty-five (45) days from the entry of the continuance of the Discovery Hearing proposed in this stipulation;

It is therefore **STIPULATED** and **AGREED**, subject to Court approval, that good cause exists to continue the hearing currently scheduled for April 29, 2021, and that the Parties will provide the Court with a joint status update forty-five (45) days from the entry of the continuance of the Discovery Hearing.

DATED: April 27, 2021                             LATHAM & WATKINS LLP

By: */s/ Nicole C. Valco*
Elizabeth L. Deeley (CA Bar No. 230798)
elizabeth.deeley@lw.com
Nicole C. Valco (CA Bar No. 258506)
nicole.valco@lw.com

|   |   |
|---|---|
| 1 | Joseph C. Hansen (CA Bar No. 257147) |
| 2 | joseph.hansen@lw.com<br>505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, CA 94111-6538<br>Telephone: +1.415.391.0600 |
| 4 | Facsimile: +1.415.395.8095 |

Joseph C. Hansen (CA Bar No. 257147)
   joseph.hansen@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Susan E. Engel (*pro hac vice*)
   susan.engel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant Facebook, Inc.*

DATED: April 27, 2021    BURSOR & FISHER, P.A.

By: /s/ Joshua D. Arisohn
L. Timothy Fisher (CA Bar No. 191626)
   ltfisher@bursor.com
Neal J. Deckant (CA Bar No. 322946)
   ndeckant@bursor.com
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: +1.925.300.4455
Facsimile: +1.925.407.2700

Joshua D. Arisohn (admitted *pro hac vice*)
   jarisohn@bursor.com
888 Seventh Avenue
New York, NY 10019
Telephone: +1.212.989.9113
Facsimile: +1.212.989-9163

*Attorneys for Plaintiffs Lawrence Olin, Harold Nyanjom, Sheron Smith-Jackson, Janice Vega-Latker, Blake Carlyle, Marc Boehm, and Raven Winham*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 27, 2021

_____
Hon. Thomas S. Hixson
United States Magistrate District Judge