**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Neal J. Deckant (State Bar No. 322946)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
           ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: 646-837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
           aleslie@bursor.com

*Interim Class Counsel*

**LATHAM & WATKINS LLP**
Elizabeth L. Deeley (CA Bar No. 230798)
*elizabeth.deeley@lw.com*
Nicole C. Valco (CA Bar No. 258506)
*nicole.valco@lw.com*
Joseph C. Hansen (CA Bar No. 257147)
*joseph.hansen@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Susan E. Engel (*pro hac vice*)
*susan.engel@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE OLIN, HAROLD NYANJOM, SHERON SMITH-JACKSON, JANICE VEGA-LATKER, MARC BOEHM, and RAVEN WINHAM, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | Case No. 3:18-cv-01881-RS (TSH)<br><br>**NOTICE OF CLASS ACTION SETTLEMENT** |

Plaintiffs Lawrence Olin, Harold Nyanjom, Sheron Smith-Jackson, Janice Vega-Latker, Marc Boehm, and Raven Winham ("Plaintiffs"), and Defendant Facebook, Inc., now Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), have reached a settlement in principle of the claims asserted in this action. The Parties intend to execute a formal settlement agreement shortly, and Plaintiffs intend to move for preliminary approval of the settlement within 30 days. The parties jointly request that the Court stay all pending deadlines in this matter until after considering the motion for preliminary approval or other such notice by the parties.

Dated: March 3, 2022

**BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*
      Neal J. Deckant

L. Timothy Fisher (State Bar No. 191626)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
      ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*pro hac vice*)
Alec M. Leslie (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: 646-837-7150
E-Mail: jarisohn@bursor.com
      aleslie@bursor.com

*Interim Class Counsel*

Dated: March 3, 2022

**LATHAM & WATKINS LLP**

By: */s/ Nicole C. Valco*
      Nicole C. Valco

Elizabeth L. Deeley (CA Bar No. 230798)
Nicole C. Valco (CA Bar No. 258506)
Joseph C. Hansen (CA Bar No. 257147)
505 Montgomery Street, Suite 2000

San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
*elizabeth.deeley@lw.com*
*nicole.valco@lw.com*
*joseph.hansen@lw.com*

*Attorneys for Defendant*

## SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained authorization to affix their electronic signature to this document.

By:   */s/ Neal J. Deckant*
        Neal J. Deckant