UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA RENKEN, et al.,

    Plaintiffs,

v.

FACEBOOK, INC.,

    Defendant.

Case No. 18-cv-01881-RS

**ORDER STAYING CASE AND VACATING DEADLINES**

The parties in this case have reached a settlement in principle. They intend to execute a formal settlement agreement shortly, and move for preliminary approval within 30 days. Thus, all proceedings in this case are stayed pending a ruling on the anticipated motion for preliminary approval of a class settlement; all current deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: March 3, 2022

_____
RICHARD SEEBORG
Chief United States District Judge