UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LISA RENKEN, et al., | Case No. 18-cv-01881-RS |
|---|---|
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| FACEBOOK, INC., | |
| Defendant. | |

The deadline for objections to the settlement agreement is changed from 60 days from the date of the preliminary approval order to 50 days from that order, which issued yesterday. Thus, the deadline for objections is September 22, 2022.

**IT IS SO ORDERED**.

Dated: August 4, 2022

_____
RICHARD SEEBORG
Chief United States District Judge