UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE OLIN, HAROLD NYANJOM, SHERON SMITH-JACKSON, JANICE VEGA-LATKER, MARC BOEHM, and RAVEN WINHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:18-cv-01881-RS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** |

The Court has considered the Motion For An Award Of Attorneys' Fees, Costs, And Service Awards filed by Plaintiffs Lawrence Olin, Harold Nyanjom, Sheron Smith-Jackson, Janice Vega-Latker, Marc Boehm, and Raven Winham ("Plaintiffs"), the record in this Action, the arguments and recommendations made by counsel, and the requirements of the law. The Court finds and orders as follows:

1. Pursuant to Fed. R. Civ. P. 23(h), the Court hereby awards Class Counsel attorneys' fees, costs, and expenses in the amount of $1,080,000. The Court also orders payment of an incentive award(s) in the amount(s) of $1,500 to each of the Plaintiffs. These amounts are to be paid in the time and manner described in the Settlement Agreement.

DATED: ____October 20, 2022_____    _____
Hon. Richard Seeborg
Chief United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

1